AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JUN 2 0 2024

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES OF AMERICA

v.

Edward Chavez-Salazar (1)

**WARRANT FOR ARREST**

30947-510

**Case Number:**   22cr02779-DMS-1

~~NOT FOR PUBLIC VIEW~~

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Edward Chavez-Salazar (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

☐ Pretrial Violation

charging him or her with  (brief description of offense):

DATE: 6.14.2024
ARRESTED BY: El centro
USMS.
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title ____ See Above ____   United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ G. Vocal | 06/12/2024, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No Bail _____   by   The Honorable Dana M. Sabraw

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |